UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MAURICE J. SICARD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-3022** |
| **ISLAND OPERATING COMPANY, INC., ET AL.** | **SECTION "K" (2)** |

## ORDER

Before the Court is defendant ORCA Management, LLC's Motion for Summary Judgment on ORCA's Cross-Claim Against Defendant Sea Boat Rentals, Inc. (Rec. Doc. No. 48), currently scheduled for hearing with oral argument on August 23, 2006 at 9:30 a.m. Counsel for defendant ORCA has notified the Court, via letter dated August 22, 2006, that the parties have come to an agreement as to Sea Boat's defense of ORCA in this matter.

Accordingly

**IT IS ORDERED** defendant ORCA Management, LLC's Motion for Summary Judgment on ORCA's Cross-Claim Against Defendant Sea Boat Rentals, Inc. (Rec. Doc. No. 48) is **DENIED** as **MOOT** and oral argument **CANCELLED.**

New Orleans, Louisiana, this  22nd  day of August, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE